1  SO. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 252-8008
   Facsimile: (213) 252-8009
5  scalequalaccess@yahoo.com

6  Attorneys for Plaintiff
7  LATANYA WILLIAMS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LATANYA WILLIAMS,<br><br>          Plaintiff,<br><br>     vs.<br><br>RAMONA PLAZA CORNER LLC; and DOES 1 to 10,<br><br>          Defendants. | Case No.  2:22-cv-02501-SB-MAR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. Rule of Civ. Proc. 41(a)(1)(A)(i)]<br><br>Complaint Filed:  April 13, 2022<br>Trial Date:        None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Latanya Williams ("Plaintiff") hereby dismisses the above-captioned action in its entirety with prejudice as to all claims and causes of action against all Defendants. Defendants have not filed any answers to Plaintiff's Complaint and Defendants have advanced no cross-claims, either individually or collectively.

Dated: June 22, 2022            SO. CAL. EQUAL ACCESS GROUP

By: /s/ Jason J. Kim
    Jason J. Kim, Esq.

Attorneys for Plaintiff Latanya Williams